UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                      )
                                            )
CRM INTERNATIONAL, INC.,                    )
                                            )   CASE NO. 04-47594 (MBK)
                                            )
                                            )   CHAPTER 7
                                            )

NOTICE DEPOSITING FUNDS TO THE REGISTRY OF THE COURT
PURSUANT TO LOCAL RULE 12(b)

     Karen E. Bezner, as Trustee of the above styled case, and respectfully shows that pursuant to the order directing disbursement of funds dated December 11, 2009, the Trustee has disbursed the entire amount in the Trustee's account; that all checks have cleared with the exception of the following:

| CLAIM NO. | CLAIMANT NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 6 | Allwin Office Supplies<br>90 W. Dexter Plaza<br>Pearl River, NY 10965 | $88.72 |
| 8 | JD Masters Plumbing & Heating<br>64-30 Shaler Avenue<br>Glendale, NY 11385 | $932.46 |
| 10 | American Marketing<br>1015 Paulison Avenue<br>Clifton, NJ 07015 | $77.28 |
| 29 | New Concept New City<br>190 Lawlins Park<br>Wyckoff, NJ 07481 | $593.65 |
| 65 | Northeast Verizon Wireless<br>404 Brock Drive<br>Bloomington, IL 61701 | $1,515.08 |

As more than 90 days has elapsed since the distribution of the final dividend; and pursuant to the provisions of 11 U.S.C. §347, the undersigned attaches hereto a check in the amount of $3,207.19 payable to the Registry of the Court; and states that the claimants entitled thereto are listed above and their addresses as far as known are given the above.

/s/ Karen E. Bezner
Karen E. Bezner, Trustee

Dated: June 14, 2010